IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASIA PACIFIC TRADING CO., INC., a California corporation,<br><br>Defendant. | Civil Action No.<br>8:18-cv-00432 JLS (KESx)<br><br>**ORDER GRANTING STIPULATED OF DISMISSAL FOR DEFENDANT ASIA PACIFIC TRADING CO., INC.**<br><br>Hon. Josephine L. Staton |

| | |
|---|---|
| 1 | Pursuant to stipulation of Oakley, Inc. and Asia Pacific Trading Co. Inc., |
| 2 | through their counsel of record, and for good cause, IT IS HEREBY ORDERED |
| 3 | THAT: |
| 4 | This Action, including all claims, counterclaims and defenses, is hereby |
| 5 | dismissed with prejudice. Each party is to bear its own costs and attorneys' |
| 6 | fees, and the Court shall retain jurisdiction over this matter to enforce |
| 7 | compliance with the Settlement Agreement. |
| 8 | **IT IS SO ORDERED.** |

Dated: December 19, 2018

JOSEPHINE L. STATON
_____
Honorable Josephine L. Staton
United States District Judge